George Forman (Cal. Bar No. 047822)
Jeffrey R. Keohane (Cal. Bar No. 190201)
FORMAN & ASSOCIATES
4340 Redwood Highway, Suite E352
San Rafael, CA 94903
Phone: (415) 491-2310
Fax:     (415) 491-2313
E-Mail: george@gformanlaw.com
           jeff@gformanlaw.com

Attorneys for Plaintiffs
TIMBISHA SHOSHONE TRIBE, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE INTERIOR, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 2:11-cv-00995-MCE-DAD <br><br> **STIPULATION TO SHORTEN TIME ON MOTION FOR PRELIMINARY INJUNCTION AND ORDER** <br><br> Date:  May 12, 2011 <br> Time:  2:00 p.m. <br> Judge:  Hon. Morrison C. England, Jr. |

WHEREAS the Timbisha Shoshone Tribe has been beset by a long-running leadership dispute over control of the Tribe;

WHEREAS Plaintiffs, who represent one of the two factions claiming to be the governing body of the Tribe, have filed this Administrative Procedure Act action challenging Defendants' March 1 decision to recognize the other faction as the governing body for the limited time of 120 days from the date of the decision, and for the limited purpose of carrying out essential government-to-government relations and holding a special election that complies with Tribal law;

WHEREAS the special election in question will be held this Friday, April 29, 2011;

WHEREAS the Plaintiffs will file a Motion for Preliminary Injunction on April 26, 2011, seeking to prevent the Defendants from recognizing or otherwise taking action regarding the outcome of the April 29 special election pending the outcome of this litigation;

WHEREAS the Defendants have a duty to recognize a Tribal government for government-to-government purposes if at all possible; and

WHEREAS the Defendants wish to recognize a Tribal government properly elected in the April 29 special election as soon as possible thereafter;

NOW THEREFORE the parties to this action hereby stipulate and respectfully request that the Court enter an Order as follows:

1. The Defendants shall file their opposition to Plaintiffs' Motion for Preliminary Injunction, including supporting briefs and documentation, on or before Wednesday, **May 4, 2011.**

2. The Plaintiffs shall file their reply to Defendants' opposition on or before Friday, **May 6, 2011.**

3. The hearing on the Motion shall be set for **May 12, 2011, at 2:00 p.m.**, or as soon thereafter as is possible for the Court to hear the matter.

Respectfully submitted,

Dated: April 25, 2011    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:   */s/ Sylvia Quast*
SYLVIA QUAST
Assistant United States Attorney
Attorneys for Defendants

Dated: April 25, 2011    FORMAN & ASSOCIATES

*/s/ Jeffrey R. Keohane*
JEFFREY R. KEOHANE
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: April 29, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE