1  BENJAMIN B. WAGNER
   United States Attorney
2  SYLVIA A. QUAST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2740

5  Attorneys for Defendants

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TIMBISHA SHOSHONE TRIBE;          )
    JOSEPH ("JOE") KENNEDY; ANGELA    )   Case No. 2:11-cv-00995-MCE-DAD
12  ("ANGIE") BOLAND; GRACE GOAD;     )
    ERICK MASON; HILLARY FRANK;       )
13  MADELINE ESTEVES and PAULINE      )   **DEFENDANTS' REQUEST TO**
    ESTEVES,                          )   **FILE OVERLENGTH BRIEF AND**
14                                    )   **ORDER**
                Plaintiffs,           )
15                                    )
            v.                        )
16                                    )   Date:   May 12, 2011
    UNITED STATES DEPARTMENT OF       )   Time:   2:00 p.m.
17  THE INTERIOR, BUREAU OF INDIAN    )   Ctrm:  7 (14th floor)
    AFFAIRS, LARRY ECHO HAWK,         )   Hon. Morrison C. England, Jr.
18  AMY DUTSCHKE; and TROY BURDICK    )
                                      )
19              Defendants.           )
    _____  )
20

21        Pursuant to the Court's Order Requiring Joint Status Report (Docket # 9) ¶ 8, which

22  requires parties to ask for permission to file briefs in excess of 20 pages prior to issuance of the

23  Pretrial (Status) Report, Defendants in this action respectfully request that this Court accept for

24  filing their Opposition to Plaintiffs' Motion for Preliminary Injunction, which is 23 pages long.

25  Plaintiffs filed hundreds of pages of declarations and exhibits to which Defendants had to

26  respond, and Defendants' Opposition includes discussion of several jurisdictional problems with

27  Plaintiffs' Complaint, in addition to addressing the merits and equities, as required for a

28  preliminary injunction motion.

1    Accordingly, there is good cause to allow Defendants to file their Opposition.  Counsel for

2    Plaintiffs has authorized counsel for Defendants to say that Plaintiffs do not oppose this request.

3

4    DATED:  May 4, 2011                          BENJAMIN B. WAGNER
                                                   United States Attorney
5

6                                        By:      /s/ Sylvia Quast
                                                  SYLVIA QUAST
7                                                 Assistant U.S. Attorney

8

9                                        **ORDER**

10

11          Defendants are given leave to file a 23-page opposition to plaintiffs' motion for

12   preliminary injunction.

13    Dated: May 6, 2011

14

15

16                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28