George Forman (Cal. Bar No. 047822)
Jeffrey R. Keohane (Cal. Bar No. 190201)
FORMAN & ASSOCIATES
4340 Redwood Highway, Suite E352
San Rafael, CA 94903
Phone: (415) 491-2310
Fax: (415) 491-2313
E-Mail: george@gformanlaw.com
         jeff@gformanlaw.com

Attorneys for Plaintiffs
TIMBISHA SHOSHONE TRIBE, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | CASE NO. 2:11-cv-00995-MCE-DAD <br><br> **PLAINTIFFS' AMENDED AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DECLARATIONS IN SUPPORT OF PLAINTIFFS' REPLY AND [PROPOSED] ORDER** <br><br> Date:  May 12, 2011 <br> Time:  2:00 p.m. <br> Judge: Hon. Morrison C. England, Jr. |

**AMENDED AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DECLARATIONS IN SUPPORT OF PLAINTIFFS' REPLY**

This Motion is amended to reflect that defendants' counsel has informed plaintiffs' counsel that she does not oppose this Motion, but is otherwise identical to the motion lodged May 7, 2011.

Parties to this action, plaintiffs Timbisha Shoshone Tribe, et al., and defendants, Department of the Interior, et al., stipulated to a briefing schedule that provided for plaintiffs to submit their reply, if any, by May 6, 2011.  The Court approved and filed the parties' stipulation on April 29, 2011.  Defendants submitted their Opposition and an (unopposed) Request to File Overlength Brief and Proposed Order on May 4, 2011, which the Court approved and filed May 6, 2011.

///

1   Plaintiffs' counsel had to leave the office suddenly on an urgent medical matter the evening of
2   May 6, 2011, but obtained on-line access from the hospital late that night in order to file Plaintiffs'
3   Reply in Support of Plaintiffs' Motion for a Preliminary Injunction, but could not upload the
4   Declarations in Support of the Reply until approximately 10:00 a.m. the Saturday, May 7, 2011.

5   Due to the exigent circumstances, lack of prejudice to defendants, and the lack of opposition
6   by defendants, plaintiffs seek the permission of the Court to file the Declarations in Support of their
7   Reply one calendar day out of time, on May 7, 2011.

8   THEREFORE, plaintiffs respectfully request that this Court enter an Order that plaintiffs'
9   Declarations in Support of Plaintiffs' Reply shall be considered timely filed on May 7, 2011.

11  Dated: May 9, 2011                    Respectfully submitted,

13                                        By:   /s/ Jeffrey R. Keohane
14                                              FORMAN & ASSOCIATES
                                                Attorneys for Defendants

18                                        **ORDER**

20  IT IS SO ORDERED.

21  Dated:  May 10, 2011

23                                        MORRISON C. ENGLAND, JR.
24                                        UNITED STATES DISTRICT JUDGE