George Forman (Cal. Bar No. 047822)
Jeffrey R. Keohane (Cal. Bar No. 190201)
FORMAN & ASSOCIATES
4340 Redwood Highway, Suite E352
San Rafael, CA 94903
Phone: (415) 491-2310
Fax:     (415) 491-2313
E-Mail: george@gformanlaw.com
             jeff@gformanlaw.com

Attorneys for Plaintiffs
TIMBISHA SHOSHONE TRIBE, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | CASE NO. 2:11-cv-00995-MCE-DAD <br><br> **NOTICE AND UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND** <br><br> **ORDER** <br><br> Date:  August 25, 2011 <br><br> Time: 2:00 p.m. <br><br> Judge: Hon. Morrison C. England, Jr. |

**NOTICE AND UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to FRCP 15(a)(2), Defendants have granted their written consent to Plaintiffs to amend the Complaint on or before July 29, 2011, conditional on Plaintiffs' non-opposition to Defendants' request that they may have until and including August 29, 2011 to respond or answer.  Therefore, Plaintiffs respectfully request that the Court enter an Order permitting Plaintiffs to amend the Complaint on or before July 29, 2011, and permitting Defendants to respond or answer on or before August 29, 2011.

Dated: July 25, 2011                             FORMAN & ASSOCIATES

                                                              */s/ Jeffrey R. Keohane*
                                                              JEFFREY R. KEOHANE
                                                              Attorneys for Plaintiffs

**ORDER**

Plaintiffs shall submit their First Amended Complaint on or before July 29, 2011. Defendants may file an Answer or responsive motion on or before August 29, 2011. Defendants' currently filed Motion to Dismiss (ECF No. 39), which is scheduled for hearing on Thursday, July 28, at 2:00 p.m. before this Court, is hereby DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated: July 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE