1  George Forman (Cal. Bar No. 047822)
   Jeffrey R. Keohane (Cal. Bar No. 190201)
2  FORMAN & ASSOCIATES
   4340 Redwood Highway, Suite E352
3  San Rafael, CA 94903
   Phone: (415) 491-2310
4  Fax:   (415) 491-2313
   E-Mail: george@gformanlaw.com
5          jeff@gformanlaw.com

6  Attorneys for Plaintiffs
   TIMBISHA SHOSHONE TRIBE, et al.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | TIMBISHA SHOSHONE TRIBE, et al., | CASE NO. 2:11-cv-00995-MCE-DAD |
| 11 | Plaintiffs, | **STIPULATION FOR LEAVE TO AMEND COMPLAINT AND** |
| 12 | v. | **JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT** |
| 13 | U.S. DEPARTMENT OF THE INTERIOR, et al., | **AND** |
| 14 | Defendants. | **ORDER** |
| 15 | | Date: |
| 16 | | Time: |
| 17 | | Judge: Hon. Morrison C. England, Jr. |

18

19  **STIPULATION FOR LEAVE TO AMEND COMPLAINT AND
    JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT**
20
21   WHEREAS the Timbisha Shoshone Tribe has been beset by a long-running leadership

22  dispute over control of the Tribe;

23   WHEREAS Plaintiffs, who represent one of the two factions claiming to be the governing

24  body of the Tribe, have filed this Administrative Procedure Act action challenging Defendants'

25  March 1, 2011 decision to recognize the other faction as the governing body for a limited time;

26   WHEREAS Plaintiffs obtained leave of Defendants and the Court to file their First

27  Amended Complaint on July 29, 2011;

28   WHEREAS Defendant Echo Hawk issued a further decision in the matter of the

competing Timbisha Shoshone Tribal factions on July 29, 2011 at or about 5:00 PM Eastern

Time;

WHEREAS Plaintiffs wish to address the July 29, 2011 decision by Echo Hawk in their First Amended Complaint;

WHEREAS filing a Joint Status Report on the First Amended Complaint rather than the original Complaint would be in the interest of judicial economy;

NOW THEREFORE the parties to this action hereby stipulate and respectfully request that the Court enter an Order as follows:

1. The Plaintiffs shall file their First Amended Complaint on or before Friday, August 5, 2011.

2. The Defendants shall file their Answer or other responsive pleading on or before September 6, 2011.

3. The Parties shall file their Joint Status Report no later than November 4, 2011.

Respectfully submitted,

Dated: July 29, 2011   BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:   */s/ Sylvia Quast*
SYLVIA QUAST
Assistant United States Attorney

Attorneys for Defendants

Dated: July 29, 2011   FORMAN & ASSOCIATES

*/s/ Jeffrey R. Keohane*
JEFFREY R. KEOHANE

Attorneys for Plaintiffs

**ORDER**

1. The Plaintiffs shall file their First Amended Complaint on or before Friday, August 5, 2011.

2. The Defendants shall file their Answer or other responsive pleading on or before September 6, 2011.

3. The Parties shall file their Joint Status Report no later than November 4, 2011.

IT IS SO ORDERED.

Dated: August 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE