BENJAMIN B. WAGNER
United States Attorney
SYLVIA A. QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2740

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ("JOE") KENNEDY; ANGELA   )   Case No. 2:11-cv-00995-MCE-DAD
("ANGIE") BOLAND; GRACE GOAD;    )
ERICK MASON; HILLARY FRANK;      )   **STIPULATION AND ORDER TO**
MADELINE ESTEVES and PAULINE     )   **EXTEND FILING DATE FOR JOINT**
ESTEVES,                         )   **STATUS REPORT**
                                 )
                Plaintiffs,      )
                                 )
        v.                       )
                                 )
UNITED STATES DEPARTMENT OF      )
THE INTERIOR, BUREAU OF INDIAN   )
AFFAIRS, LARRY ECHO HAWK,        )
AMY DUTSCHKE; and TROY BURDICK   )
                                 )
                Defendants.      )
_____

        WHEREAS the Court on August 3, 2011 extended the time for filing the Joint Status

Report in this case until November 4, 2011, (Docket # 44); and

        WHEREAS the Court has pending before it the Defendants' Motion to Dismiss the First

Amended Complaint (Docket # 46) filed on September 2, 2011; and

        WHEREAS on September 28, 2011, Plaintiffs moved unopposed to continue the hearing

on the Defendants' Motion to Dismiss to November 17, 2011 (Docket # 49), and the Court

granted their motion (Docket # 50);

1

NOW THEREFORE the parties to this action hereby stipulate and respectfully request that the Court enter an Order extending the time to file their Joint Status Report as follows:

1.      The time for the parties to file their Joint Status Report is extended to thirty days after the Court files its order deciding the Defendants' Motion to Dismiss the First Amended Complaint (Docket # 46).

                                        Respectfully submitted,


Dated: November 3, 2011                 BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY


                            By:     /s/ Sylvia Quast
                                    SYLVIA QUAST
                                    Assistant United States Attorney
                                    Attorneys for Defendants


Dated: November 3, 2011                 FORMAN & ASSOCIATES


                                    /s/ Jeffrey R. Keohane
                                    JEFFREY R. KEOHANE
                                    Attorneys for Plaintiffs


                            **ORDER**


**IT IS SO ORDERED.**


 Dated:  November 8, 2011

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

                                    STIPULATION TO EXTEND FILING
                                    OF JOINT STATUS REPORT