BENJAMIN B. WAGNER
United States Attorney
SYLVIA A. QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2740

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ("JOE") KENNEDY; ANGELA ("ANGIE") BOLAND; GRACE GOAD; ERICK MASON; HILLARY FRANK; MADELINE ESTEVES and PAULINE ESTEVES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, LARRY ECHO HAWK, AMY DUTSCHKE; and TROY BURDICK<br><br>Defendants. | Case No. 2:11-cv-00995-MCE-DAD<br><br>**STIPULATION AND ORDER TO EXTEND FILING DATE FOR JOINT STATUS REPORT** |

WHEREAS the Court on August 3, 2011 extended the time for filing the Joint Status Report in this case until November 4, 2011, (Docket # 44); and

WHEREAS the Court has pending before it the Defendants' Motion to Dismiss the First Amended Complaint (Docket # 46) filed on September 2, 2011; and

WHEREAS on September 28, 2011, Plaintiffs moved unopposed to continue the hearing on the Defendants' Motion to Dismiss to November 17, 2011 (Docket # 49), and the Court granted their motion (Docket # 50);

NOW THEREFORE the parties to this action hereby stipulate and respectfully request that the Court enter an Order extending the time to file their Joint Status Report as follows:

1. The time for the parties to file their Joint Status Report is extended to thirty days after the Court files its order deciding the Defendants' Motion to Dismiss the First Amended Complaint (Docket # 46).

                              Respectfully submitted,

Dated: November 3, 2011            BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY

                           By:   */s/ Sylvia Quast*
                                 SYLVIA QUAST
                                 Assistant United States Attorney
                                 Attorneys for Defendants

Dated: November 3, 2011            FORMAN & ASSOCIATES

                                 */s/ Jeffrey R. Keohane*
                                 JEFFREY R. KEOHANE
                                 Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Dated: November 8, 2011

                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE