1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   TIMBISHA SHOSHONE TRIBE,          No.  2:11-cv-00995-MCE-DAD
     et al.,
11
                    Plaintiffs,
12                                      **ORDER**

13        v.

14   UNITED STATES DEPARTMENT OF
     THE INTERIOR, et al.,
15
                    Defendants.
16

17        The hearing on Defendants' Motions to Dismiss currently

18   scheduled for September 20, 2012, is continued to December 13,

19   2012.  Plaintiffs' Opposition shall be due on or before

20   November 29, 2012, and Defendants' Replies, if any, shall be due

21   on or before December 6, 2012.

22        IT IS SO ORDERED.

23   Dated:  September 10, 2012

24                                 _____

25                                 MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE
26

27

28
                                    1