UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, et al., | No. 2:11-cv-00995-MCE-DAD |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

The hearing on Defendants' Motions to Dismiss currently scheduled for September 20, 2012, is continued to December 13, 2012. Plaintiffs' Opposition shall be due on or before November 29, 2012, and Defendants' Replies, if any, shall be due on or before December 6, 2012.

IT IS SO ORDERED.

Dated: September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1